**Dismissed and Opinion Filed May 2, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-23-01073-CV

**ERIC DICHIARA, Appellant**
**V.**
**MARC A. SPARKS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-05353**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by March 30, 2024. By postcard dated April 2, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tᴇx. R. Aᴘᴘ. P. 38.8 (a)(1); 42.3(b), (c).


231073f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC DICHIARA, Appellant

No. 05-23-01073-CV      V.

MARC A. SPARKS, Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-05353. Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 2nd day of May, 2024.